# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Lobar, Inc. ) | ASBCA No. 59178 |
| ) | |
| Under Contract No. W912QR-11-C-0062 ) | |

APPEARANCE FOR THE APPELLANT:    R. Dale Holmes, Esq.
    Cohen Seglias Pallas Greenhall &
      Furman PC
    Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
    Engineer Chief Trial Attorney
    Travis D. Van Ort, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

The parties have settled this appeal as a result of Board-assisted mediation. Accordingly, the appeal is dismissed, with prejudice.

Dated:  23 June 2015

PETER D. TING
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59178, Appeal of Lobar, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals